# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00211-CR

**Susan Ann Torrez, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
NO. 02-826-K277, HONORABLE KEN ANDERSON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Susan Ann Torrez filed a notice of appeal after the district court revoked her pretrial bond. Assuming this was an appealable order (a question we do not decide), the issue is moot because Torrez has since been convicted on her plea of guilty.

Appellant=s motion to dismiss this appeal is dismissed for noncompliance with rule 42.2(a). Tex. R. App. P. 42.2(a). The appeal is dismissed as moot.

_____

Jan P. Patterson, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed

Filed:   May 8, 2003

Do Not Publish